UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL          'O'

| Case No. | 2:22-cv-08655-CAS-JPRx | Date | January 27, 2023 |
|---|---|---|---|
| Title | REGUS MANAGEMENT GROUP, LLC, ET AL. v. QUEEN SEARLES | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S MOTION FOR RULE 60 CONSIDERATION (Dkt. 11, filed on JULY 27, 2022)

On August 16, 2022, plaintiffs Regus Management Group, Regus Business Centre, LLC, and Regus Equity Business Centers, LLC filed this unlawful detainer action against defendant Madame Queen Searles and Does 1 to 10 in Los Angeles County Superior Court. Dkt. 1. Searles removed the case to this Court on November 29, 2022.

The Court remanded this action to state court after determining that it lacked subject matter jurisdiction. See Dkt. 8 ("Here, the only claim asserted by plaintiffs is for unlawful detainer against defendant, and defendant's notice of removal does not allege that any relevant federal law 'creates a private right of action and furnishes the substantive rules of decision.' ") (quoting Mims v. Arrow Fin. Servs., LLC, 565 U.S. 368, 378 (2012)).

Thereafter, pursuant to Federal Rule of Civil Procedure 60, Searles filed the present motion on January 13, 2023, seeking relief from this Court's remand order. Dkt. 11. However, because as previously set forth, the Court lacks jurisdiction in this case, there is no basis to vacate the order.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |